UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:23-CV-80409-ROSENBERG/REINHART

MADISON SALAZAR,

    Plaintiff,

v.

GET LIQUID FUNDING, LLC,

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION
ON AMENDED JOINT MOTION TO APPROVE SETTLEMENT**

    This matter comes before the Court on the Amended Joint Motion to Approve Settlement filed by Plaintiff, Madison Salazar, and Defendant, Get Liquid Funding, LLC. DE 24. On June 2, 2023, the Court granted the Motion in part and approved the parties' settlement except for Paragraph 1(c) of the settlement agreement, which provided for the amount of Plaintiff's recovery and attorneys' fees and costs. The Court referred the Motion to the Honorable Bruce E. Reinhart for a Report and Recommendation on the reasonableness of the attorneys' fees contained in the settlement agreement. DE 25. Judge Reinhart reviewed the Motion and the Declaration of Plaintiff's counsel, and held a hearing on the reasonableness of the attorneys' fees requested in the Motion. DE 28. Then, on June 12, 2023, Judge Reinhart issued a Report and Recommendation finding the attorneys' fees to be reasonable and recommending that the Motion be granted. *Id*.

    Upon review, the Court finds Judge Reinhart's recommendations to be well-reasoned and correct, and the Court agrees with the factual recitation and the analysis in the Report and

Recommendation. Each party filed a Notice of No Objection to the Report and Recommendation. DE 29-30.

For the foregoing reasons, it is hereby **ORDERED and ADJUDGED** that:

1. Magistrate Judge Reinhart's Report and Recommendation [DE 28] is **ADOPTED**.

2. The Amended Joint Motion for Settlement Approval [DE 24] is **GRANTED**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 15th day of June, 2023.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record